# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 9, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144303

MACOMB COUNTY, MACOMB COUNTY
ROAD COMMISSION, and 16TH JUDICIAL
CIRCUIT COURT,
          Respondents-Appellants,

v

AFSCME COUNCIL 25 LOCALS 411 and
893, INTERNATIONAL UNION UAW
LOCALS 412 and 889, and MICHIGAN
NURSES ASSOCIATION,
          Charging Parties-Appellees.
_____/

SC: 144303
COA: 296416
MERC: 07-000083; 07-000086;
07-000087; 07-000115

On order of the Court, the application for leave to appeal the September 20, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the Court of Appeals properly applied the holding of *Port Huron Ed Ass'n v Port Huron Area School Dist*, 452 Mich 309 (1996), when it concluded that the parties intended to modify the collective bargaining agreement by use of the 100% female/ 0% male mortality tables.

The Michigan Association of Counties is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 9, 2012

_____
Clerk

d0502